# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL J. THOMAS,<br><br>            Petitioner,<br>  v.<br><br>M.L. MONTGOMERY,<br><br>            Respondent. | Case No. CV 14-04288 GW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

Petitioner has raised three new claims for the first time in the Objections. He claims that (1) the evidence was insufficient to support the gang enhancement [Objections at 5, 7]; (2) trial counsel was ineffective for failing to object to the testimony of the gang expert [Objections at 12]; and (3) trial counsel was ineffective for failing to subpoena an eyewitness who would have admitted that he, not petitioner, committed the crime [Objections at 12-13]. Petitioner failed to raise these claims earlier when he had the opportunity to do so, and it is inappropriate to

raise them for the first time at the objection stage. The Court therefore will not consider them. *See United States v. Howell*, 231 F.3d 615, 623 (9th Cir. 2000) (district court may decline to consider factual allegations raised for the first time in objections to a magistrate judge's report and recommendation where the specific allegations were available before the magistrate's proceedings ever began); *Greenhow v. Secretary of Health & Human Services*, 863 F.2d 633, 638 (9th Cir. 1988) ("[A]llowing parties to litigate fully their case before the magistrate and, if unsuccessful, to change their strategy and present a different theory to the district court would frustrate the purposes of the Magistrates Act. We do not believe that the Magistrate Act was intended to give litigants an opportunity to run one version of their case past the magistrate, then another past the district court."), *overruled on other ground by United States v. Hardesty*, 977 F.2d 1347, 1348 (9th Cir. 1992).

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that (1) the Report and Recommendation is accepted and adopted; (2) petitioner's request for an evidentiary hearing is denied; and (3) Judgment shall be entered denying the Second Amended Petition and dismissing this action with prejudice.

DATED: June 30, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE