# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL J. THOMAS,<br><br>　　　　　Petitioner,<br>　v.<br>M.L. MONTGOMERY,<br><br>　　　　　Respondent. | Case No. CV 14-04288 GW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and the action is dismissed with prejudice.

DATED: June 30, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE